FILED
 2009 Aug-06  PM 03:26
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

**CITIZENS TRUST BANK,**        )

    **PLAINTIFF,**        )

**VS.**        )        2:09-cv-826-JHH

**CHARLES S. GIVIANPOUR, and,**        )
**CONCETTA S. GIVIANPOUR,**

            )

    **DEFENDANTS.**

## MEMORANDUM OF DECISION

On July 16, 2009 the court entered an order (doc. #8) entering default, separately, against each of two defendants, individually, with leave to prove damages.

The court has before it the August 5, 2009 motion (doc. #9) for entry of default judgment with an affidavit in support of the motion. Based upon the entry of default (doc. #9) and the affidavit of Daniel J. Hughlett attached to the motion (doc. #9) for entry of default judgment, the court finds and concludes as a matter of law that each individual defendant, Charles S. Givianpour and Concetta S. Givianpour, jointly, separately and severally, is indebted as of this day in the sum of **SIX HUNDRED FORTY TWO THOUSAND, TWO HUNDRED THIRTY**

**FOUR AND SIXTY SIX/100 DOLLARS** ($642,234/66),[1] together with **NINETY SIX THOUSAND, ONE HUNDRED EIGHTY-NINE AND SEVENTY/100 DOLLARS ($96,189.70)** for an attorney's fee pursuant to the terms of the note and which fee is found by the court to be fair and reasonable. A separate final default judgment will be entered.

    **DONE** this the ___6th___ day of August, 2009.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This figure includes $970.00 interest for the for the past ten days.